OLIVIA M. BLAKE ET AL. v. CHARLES O. CASE ET AL.

(Filed 2 June, 1922.)

APPEAL by defendants from *Brock, J.,* at October Term, 1921, of BUNCOMBE, in an action, under C. S., 1743, to quiet title, or to remove a cloud therefrom, and to have the plaintiffs declared to be the undisputed owners of the lands described in the complaint.

From a verdict and judgment in favor of plaintiffs, the defendants appealed, assigning errors.

*Jones, Williams & Jones for plaintiffs.*
*Martin, Rollins & Wright for defendants.*

PER CURIAM.   The controversy on trial narrowed itself principally to questions relating to adverse possession under color of title.   After a careful reading of the record, we are convinced that the case has been tried in substantial conformity with the law as bearing on the subject, and we have found no sufficient reason for disturbing the result below.

Upon the question of adverse possession, his Honor followed closely the decisions of this Court in the cases of *Alexander v. Cedar Works,* 177 N. C., 137, and *Locklear v. Savage,* 159 N. C., 236.

We have found no reversible or prejudicial error.

No error.